1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:   415/674-8600
   Facsimile:   415/674-9900
5
6  Attorneys for Plaintiffs DAREN HEATHERLY
   and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION, SERVICES: HELPING YOU
7  HELP OTHERS

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11  DAREN HEATHERLY, an individual; and  )   **CASE NO. C 07-2656 JL**
    DISABILITY RIGHTS, ENFORCEMENT,      )
12  EDUCATION, SERVICES:HELPING YOU      )   **CONSENT TO PROCEED BEFORE A**
    HELP OTHERS, a California public benefit ) **UNITED STATES MAGISTRATE JUDGE**
13  corporation,                         )
                                         )
14         Plaintiffs,                   )
                                         )
15  v.                                   )
                                         )
16  TALMADGE WOOD, trustee of the        )
    Talmadge Wood Trust; SAMUEL          )
17  CORONEL ROBLES,                      )
                                         )
18         Defendants.                   )
    _____)
19
          In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned
20
    party hereby consents to have a United States Magistrate Judge conduct any and all further
21
    proceedings in the case, including trial, and the entry of a final judgment.  Appeal from the
22
    judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
23
    Dated: May 21, 2007                    THOMAS E. FRANKOVICH
24                                         *A PROFESSIONAL LAW CORPORATION*

25

26                                         By:     /s/ Jennifer L. Steneberg
                                                 Jennifer L. Steneberg
27                                         Attorneys for Plaintiffs DAREN HEATHERLY
                                           and DISABILITY RIGHTS ENFORCEMENT,
28                                         EDUCATION SERVICES