# EXHIBIT A

Irma Ramirez
734 Morton Way
Santa Rosa, CA 95404

February 14, 2007

Owner
Taqueria Sebastopol
250 South Main St
Sebastopol, CA 95472

Dear Owner of Building for Taqueria Sebastopol:

Recently, my husband and I were in the Taqueria Sebastopol. We both use wheelchairs so that was a problem.

First of all, the parking lot really doesn't have any Handicap Parking. There is an old faded emblem on a stall across from the restaurant and no signage.

Second, the restaurant doesn't have any accessible restrooms. If you are in a wheelchair you should be able to have a place to park in order to be able to get in and out of your van. You should be able to get into the restaurant and into a restroom. The restroom should be usable by everyone, even a wheelchair user. You should check out what these problems are.

I saw a restaurant down near Cotati with a name like yours. I didn't go in. But if it's yours, you should check it out. There is plenty of places to get information.

I would really appreciate it if you would give me written assurance within the next two weeks that you will take care of these problems within the next three months. I'd like a written agreement. If you cannot do this would you forward my letter to whomever is in charge. I'd like to come back to Taqueria Sebastopol once it's accessible to me. I may still come back before you do the work just because I like the place. If there is some problem doing this please let me know. Would you please reply to my letter by FedEx to make sure I get your response?

I found out who might be able to help you. If you need information on exactly what you need to do, you can contact Pacific ADA and IT Center. You can write to them at Pacific Disability and Business Technical Assistance Center, 555 12th Street, Suite 1030, Oakland, CA 94607-4046. You can also get ADA Materials from Department of Justice ADA Regulations and Technical Assistance Materials. Either of them can send you a copy of the ADA and ADAAG codes, specifications, diagrams and manuals so that you can do the work yourself or have someone do it for you.

You could also get a list of barriers common to places like yours and do your own inspection for barriers and remove them.

    I was told that, if you make less than a million dollars per year and have a few employees, that you can get a $10,000 tax credit to make your place accessible. That's a great deal. You can get information on this from the two places I mentioned above. You should talk to your accountant about it. Maybe your account already has this information or knows about it.

    Thank you for considering my request.

                                                                 Thank You,

                                                                *Irma Ramirez*

Irma Ramirez
734 Morton Way
Santa Rosa, CA 95404

February 14, 2007

Manager
Taqueria Sebastopol
250 South Main Street
Sebastopol, CA 95472

Dear Manager of Taqueria Sebastopol:

Recently, my husband and I were in the Taqueria Sebastopol. We both use wheelchairs so that was a problem.

First of all, the parking lot really doesn't have any Handicap Parking. There is an old faded emblem on a stall across from the restaurant and no signage.

Second, the restaurant doesn't have any accessible restrooms. If you are in a wheelchair you should be able to have a place to park in order to be able to get in and out of your van. You should be able to get into the restaurant and into a restroom. The restroom should be usable by everyone, even a wheelchair user. You should check out what these problems are.

I saw a restaurant down near Cotati with a name like yours. I didn't go in. But if it's yours, you should check it out. There is plenty of places to get information.

I would really appreciate it if you would give me written assurance within the next two weeks that you will take care of these problems within the next three months. I'd like a written agreement. If you cannot do this would you forward my letter to whomever is in charge. I'd like to come back to Taqueria El Sebastopol once it's accessible to me. I may still come back before you do the work just because I like the place. If there is some problem doing this please let me know. Would you please reply to my letter by FedEx to make sure I get your response?

I found out who might be able to help you. If you need information on exactly what you need to do, you can contact Pacific ADA and IT Center. You can write to them at Pacific Disability and Business Technical Assistance Center, 555 12th Street, Suite 1030, Oakland, CA 94607-4046. You can also get ADA Materials from Department of Justice ADA Regulations and Technical Assistance Materials. Either of them can send you a copy of the ADA and ADAAG codes, specifications, diagrams and manuals so that you can do the work yourself or have someone do it for you.

You could also get a list of barriers common to places like yours and do your own inspection for barriers and remove them.

    I was told that, if you make less than a million dollars per year and have a few employees, that you can get a $10,000 tax credit to make your place accessible. That's a great deal. You can get information on this from the two places I mentioned above. You should talk to your accountant about it. Maybe your account already has this information or knows about it.

    Thank you for considering my request.

Thank You,

*[signature: Irma Ramirez]*

*Irma Ramirez*