1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:   415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiffs DAREN HEATHERLY
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION, SERVICES: HELPING YOU
7  HELP OTHERS
8
9               UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA

11 | DAREN HEATHERLY, an individual; and ) | CASE NO. C 07-2656 JL
12 | DISABILITY RIGHTS, ENFORCEMENT, )
   | EDUCATION, SERVICES:HELPING YOU ) | **RETURN OF SERVICE RE DEFENDANT**
   | HELP OTHERS, a California public benefit ) | **EVANGELINA CORONEL**
13 | corporation, )
14 |     Plaintiffs, )
15 | v. )
16 | TAQUERIA SEBASTOPOL; TALMADGE )
   | WOOD, trustee of the Talmadge Wood )
17 | Trust; EVANGELINA CORONEL and )
   | SAMUEL CORONEL ROBLES, a married )
18 | partnership dba TAQUERIA )
   | SEBASTOPOL, )
19 |     Defendants. )
20

| Attorney or Party without Attorney | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600   FAX No: 415-674-9900 | | |
| | Ref. No. or File No. | |
| Attorney for Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United States District Court Northern District Of California | | |
| Plaintiff: DAREN HEATHERLY, et al. | | |
| Defendant: TAQUERIA SEBASTOPOL, et al. | | |
| **PROOF OF SERVICE** | Hearing Date:   Time:   Dept/Div: | Case Number<br>C-07-2656 JL |

1. At the time of service I was at least 18 years of age and not a party to this action

2. I served copies of the AMENDED SUMMONS IN A CIVIL CASE, COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT; LETTER DATED JULY 20, 2007.

3. a. Party served:                    EVANGELINA CORONEL

4. Address where the party was served: 250 SOUTH MAIN STREET
                                        SEBASTOPOL, CA 95472

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jul. 24, 2007 (2) at: 1:01PM

7. Person Who Served Papers:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a ALENE RUMMEL
                                 d. The Fee for Service was:

   First Legal Support Services   e. I am: (3) registered California process server
   ATTORNEY SERVICES                   (i) Independent Contractor
   301 CIVIC CENTER DR. WEST           (ii) Registration No.:   P-371
   Santa Ana, CA 92701                 (iii) County:            Sonoma
   (714) 541-1110, FAX (714) 541-8182

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Wed, Jul. 25, 2007

                                                        *Alene Rummel*
                                                        (ALENE RUMMEL)
                                 PROOF OF SERVICE       8363608.thofi-fg 77792

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

**CERTIFICATE OR PROOF OF SERVICE**

State of California      )
                         ) ss
County of San Francisco  )

I, the undersigned, say: I am and was at all times herein mentioned, a resident of the City and County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**PROOF OF SERVICE SUMMONS AND COMPLAINT**

on the interested parties in this action, conveyed as follows:

☒ by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
  ☒ in first class U.S. Mail
  ☐ in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Francisco.

☐ by transmitting via facsimile to the fax number(s) set forth below.

☐ by causing personal delivery by Western Messenger Service.

☐ by personal hand-delivery.

addressed to:

Evangelina Coronel
250 South Main Street
Sebastopol, CA 95472

Samuel Coronel Robles
250 South Main Stree
Sebastopol, CA 95472

Talmadge Wood, Trustee
Talmadge Wood Trust
5555 Montgomery Drive #20
Santa Rosa, CA 95405

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on August 14, 2007, at San Francisco, California.

*/s/ Armetrice Cooper*
ARMETRICE COOPER
(Original signed)