THOMAS E. FRANKOVICH (State Bar No. 074414)
JENNIFER L. STENEBERG (State Bar No. 202985)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:   415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs DAREN HEATHERLY
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION, SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TAQUERIA SEBASTOPOL; TALMADGE WOOD, trustee of the Talmadge Wood Trust; EVANGELINA CORONEL and SAMUEL CORONEL ROBLES, a married partnership dba TAQUERIA SEBASTOPOL,<br><br>Defendants.<br>_____ | **CASE NO. C 07-2656 JL**<br><br>**REQUEST TO ENTER DEFAULT** |

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiffs DAREN HEATHERLY and DISABILITY RIGHTS ENFORCEMENT EDUCATION SERVICES: HELPING YOU HELP OTHERS hereby request that the Clerk of the above-entitled Court enter default in this matter against defendant EVANGELINA CORONEL, on the ground that said defendant has failed to respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.

///

1    Plaintiff served the complaint and summons on defendant EVANGELINA CORONEL
2 on July 24, 2007, as evidenced by the proof of service of summons on file with the Court.  As
3 of the date of this request, defendant has failed to file a responsive pleading with the Court.
4    The above stated facts are set forth in the accompanying declaration of Jennifer L.
5 Steneberg, filed herewith.

7 Dated: September 26, 2007            THOMAS E. FRANKOVICH
                                      *A PROFESSIONAL LAW CORPORATION*

                                      By:    /s/
                                         Jennifer L. Steneberg
                                      Attorneys for Plaintiffs DAREN HEATHERLY
                                      and DISABILITY RIGHTS, ENFORCEMENT,
                                      EDUCATION SERVICES

REQUEST TO ENTER DEFAULT                                                                    2