THOMAS E. FRANKOVICH (State Bar No. 074414)
JENNIFER L. STENEBERG (State Bar No. 202985)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:   415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs DAREN HEATHERLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TAQUERIA SEBASTOPOL; TALMADGE WOOD, trustee of the Talmadge Wood Trust; EVANGELINA CORONEL and SAMUEL CORONEL ROBLES, a married partnership dba TAQUERIA SEBASTOPOL,<br><br>　　　　Defendants.<br>_____ | **CASE NO. C 07-2656 JL**<br><br>**DECLARATION OF JENNIFER L. STENEBERG IN SUPPORT OF PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT** |

　　　　I, JENNIFER L. STENEBERG, declare that I am an attorney duly licensed to practice in all the courts in the state of California and if called as a witness and duly sworn, I would and could competently testify to the following based upon my own personal knowledge:

　　　　1.　　That I am an associate attorney with Thomas E. Frankovich, A Professsional Law Corporation, attorneys of record for plaintiffs DAREN HEATHERLY and DISABILITY RIGHTS ENFORCEMENT EDUCATION SERVICES: HELPING YOU HELP OTHERS.

DECLARATION OF JENNIFER L. STENEBERG IN SUPPORT OF PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT　　　1

2. On July 24, 2007, defendant EVANGELINA ROBLES was served with the complaint and summons in the above-entitled matter. Proof of service was filed with the Court on August 14, 2007, a copy of which is attached hereto as Exhibit A.

3. On August 21, 2007, having received neither a responsive pleading nor any communication from the defendant, counsel for plaintiffs wrote to defendant advising her of the consequences of her failure to respond, and giving her an opportunity to respond before plaintiffs sought entry of default. A true and correct copy of this correspondence is attached hereto as Exhibit B. Plaintiffs have received no response from defendant to this correspondence.

4. To my knowledge, as of the writing of this declaration, defendant EVANGELINA ROBLES, has failed to file any responsive pleading with the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 26th day of September, 2007, at San Francisco, California.


　　　　　　　　　　　/s/
　　　　　　　　　Jennifer L. Steneberg