# THE FRANKOVICH GROUP*
## LAWYERS

2806 Van Ness Avenue - San Francisco, CA 94109-1426
Phone: 415-674-8600 • Facsimile 415-674-9900 • TDD. 415-441-6100

August 21, 2007

Evangelina Coronel
c/o Taqueria Sebastopol
250 South Main Street
Sebastopol, CA 95472

Re:   *Daren Heatherly, et al. v. Talmadge Wood, et al.*
      USDC N.D. Ca. Case No. C-07-2656 JL
      Our Reference:    Taqueria Sebastopol
      Subject:    Default

Dear Mrs. Coronel:

On July 24, 2007, you were served with a complaint and summons in the above-reference lawsuit. As was indicated on the summons you received, you were required to respond to the complaint within 20 days. This means your response was due to the Court by August 13, 2007.

Your failure to timely respond to the complaint puts you at risk of having a default entered against you by the Court. A default means that you lose your opportunity to defend yourself and that a judgment can be entered against you. This judgment could, and would likely, include an order to renovate the Taqueria Sebastopol to make it accessible to persons with disabilities, and an award of monetary damages to plaintiffs Daren Heatherly and Disability Rights Enforcement, Education Services. In addition, you would be responsible for paying all of the plaintiffs' attorneys' fees and costs.

If you have retained an attorney to represent you in this case, you should contact that person immediately to find out why a response has not been filed on your behalf. If you have not yet hired a lawyer, but intend to do so, please contact me so that we can discuss an appropriate extension of time for you get counsel. Alternatively, if you plan to represent yourself, I must insist that you file your response with the Court and serve a copy of this response to me immediately.

*Thomas E. Frankovich, A Professional Law Corporation
Accessible Accommodations and Parking at One Daniel Burnham Court, San Francisco CA
or at Your Home
BY APPOINTMENT ONLY AT ALL LOCATIONS

Evangelina Coronel
August 21, 2007
Page 2

Please be advised that if I do not receive your response by August 31, 2007, I will have no choice but to file a request an entry of default. Therefore, I hope to hear from you soon.

Very truly yours,

Jennifer L. Steneberg

/jls