**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                             General Court Number
Clerk                                                                                                        415.522.2000

October 2, 2007

RE:  CV 07-02656 JL          DAREN HEATHERLY-v- TALMADGE WOOD

Default is entered as to defendant Evangelina Coronel on 10/2/07.

                                  RICHARD W. WIEKING, Clerk

                                  byGloria Acevedo
                                  Case Systems Administrator
                                  To Chief Magistrate Judge James Larson

NDC TR-4  Rev. 3/89