UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAREN HEATHERLY,

    Plaintiff(s),                              No.C07-2656 JL

    v.                                      **NOTICE**

TALMADGE WOOD,

    Defendant(s).

_____/

A case management conference has been set in the above entitled case for June 11, 2008 @ 10:30 a.m. in Courtroom F before Chief Magistrate Judge James Larson. Counsel shall submit a statement one week prior.

Dated: May 16, 2008

                                                      _____
                                                      Wings Hom Courtroom Deputy to
                                                      Chief United States Magistrate Judge
                                                      James Larson