THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:    415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs DAREN HEATHERLY
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION, SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TAQUERIA SEBASTOPOL; TALMADGE WOOD, trustee of the Talmadge Wood Trust; EVANGELINA CORONEL and SAMUEL CORONEL ROBLES, a married partnership dba TAQUERIA SEBASTOPOL,<br><br>Defendants. | CASE NO. C 07-2656 JL<br><br>EX PARTE REQUEST AND [PROPOSED] ORDER FOR CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE |

   Plaintiffs DAREN HEATHERLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES hereby submit this Ex Parte Request to Continue the Case Management Conference currently scheduled for June 11, 2008, and for the following reasons:

   1.   Since the filing of the complaint, plaintiffs have obtained a default against one defendant, Evangelina Coronel in this matter.

   2.   Plaintiffs have also discovered that the named trustee of defendant Talmadge Wood Trust is deceased.

   3.   Plaintiffs have not received any communication from any defendants in this matter. No responsive pleading has been filed.

4.  It is Plaintiffs intention to pursue a default judgment against Evangelina Coronel if no timely responsive pleading is filed.

5.  In light of these facts and defendant's failure to participate in the litigation of this matter thus far, Plaintiffs wish to preserve the courts resources by avoiding an unproductive Case Management Conference.

For the aforementioned reasons, Plaintiffs respectfully request that the Case Management Conference currently on calender for June 11, 2008, be vacated and continued for (90) days.

DATED: June 9, 2008

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: _____/s/_____
Thomas E. Frankovich
Attorneys for Plaintiffs DAREN HEATHERLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS

## ORDER

The Case Management Conference currently on calender for June 11, 2008, is VACATED and CONTINUED for 90 days to _____, 2008.

IT IS SO ORDERED.

Dated: _____, 2008

_____
Hon. James Larson
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OR PROOF OF SERVICE

State of California    )
                       ) ss
County of San Francisco )

I, the undersigned, say: I am and was at all times herein mentioned, a resident of the City and County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**EX PARTE REQUEST AND [PROPOSED] ORDER FOR CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE**

on the interested parties in this action, conveyed as follows:

☒ by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
  ☒ in first class U.S. Mail
  ☐ in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Francisco.

☐ by transmitting via facsimile to the fax number(s) set forth below.

☐ by causing personal delivery by Western Messenger Service.

☐ by personal hand-delivery.

addressed to:

**Evangelina Coronel**
**Samuel Coronel Robles**
**250 South Main Street**
**Sebastopol, CA 95472**

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on June 9, 2008, at San Francisco, California.

*/s/ Armetrice Cooper*
Armetrice Cooper
(Original signed)