1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiffs DAREN HEATHERLY
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION, SERVICES: HELPING YOU
   HELP OTHERS

**FILED**
JUN 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TAQUERIA SEBASTOPOL; TALMADGE WOOD, trustee of the Talmadge Wood Trust; EVANGELINA CORONEL and SAMUEL CORONEL ROBLES, a married partnership dba TAQUERIA SEBASTOPOL,<br><br>Defendants. | CASE NO. C 07-2656 JL<br><br>EX PARTE REQUEST AND [~~PROPOSED~~] ORDER FOR CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE |

Plaintiffs DAREN HEATHERLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES hereby submit this Ex Parte Request to Continue the Case Management Conference currently scheduled for June 11, 2008, and for the following reasons:

1. Since the filing of the complaint, plaintiffs have obtained a default against one defendant, Evangelina Coronel in this matter.

2. Plaintiffs have also discovered that the named trustee of defendant Talmadge Wood Trust is deceased.

3. Plaintiffs have not received any communication from any defendants in this matter. No responsive pleading has been filed.

EX PARTE REQUEST AND [PROPOSED] ORDER FOR CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE          1

4. It is Plaintiffs intention to pursue a default judgment against Evangelina Coronel if no timely responsive pleading is filed.

5. In light of these facts and defendant's failure to participate in the litigation of this matter thus far, Plaintiffs wish to preserve the courts resources by avoiding an unproductive Case Management Conference.

For the aforementioned reasons, Plaintiffs respectfully request that the Case Management Conference currently on calender for June 11, 2008, be vacated and continued for (90) days.

DATED: June 9, 2008

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: _____/s/_____
Thomas E. Frankovich
Attorneys for Plaintiffs DAREN HEATHERLY
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES:HELPING YOU HELP
OTHERS

### ORDER

The Case Management Conference currently on calender for June 11, 2008, is VACATED and CONTINUED for 90 days to **OCTOBER 1**, 2008, at 10:30 a.m.

IT IS SO ORDERED.

Dated: **6 - 10**, 2008

_____
Hon. James Larson
UNITED STATES MAGISTRATE JUDGE