1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5

6  Attorneys for Plaintiffs DAREN HEATHERLY
   and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES: HELPING YOU
7  HELP OTHERS

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | DAREN HEATHERLY, an individual; and ) | **CASE NO. CV-07-2656-JL**
   | DISABILITY RIGHTS, ENFORCEMENT,      )
11 | EDUCATION, SERVICES:HELPING YOU      ) | **NOTICE OF CHANGE OF FIRM**
   | HELP OTHERS, a California public benefit ) | **ADDRESS**
12 | corporation,                         )
                                          )
13 |         Plaintiffs,                  )
                                          )
14 | v.                                   )
                                          )
15 | TAQUERIA SEBASTOPOL; TALMADGE        )
   | WOOD, trustee of the Talmadge Wood   )
16 | Trust; EVANGELINA CORONEL and        )
   | SAMUEL CORONEL ROBLES, a married     )
17 | partnership dba TAQUERIA             )
   | SEBASTOPOL                           )
18                                        )
   |         Defendants.                  )
19 | _____ )

20 **TO THE COURT, DEFENDANTS AND THEIR COUNSEL OF RECORD:**

21    PLEASE TAKE NOTICE THAT, Thomas E. Frankovich, *A Professional Law*

22 *Corporation*, has changed its address from: 2806 Van Ness Avenue, San Francisco, California,

23 94109 to the following:

24              **4328 Redwood Hwy, Suite 300**

25              **San Rafael, California, 94903**

26 ///

27 ///

28 ///

NOTICE OF CHANGE OF FIRM ADDRESS                                                1

1 | The telephone number and fax number remain the same.

3 | Dated: September 8, 2008         THOMAS E. FRANKOVICH,
                                     *A PROFESSIONAL LAW CORPORATION*

5 |                                  By: _____/S/_____
                                          THOMAS E. FRANKOVICH
6 |                                       Attorneys for Plaintiffs

NOTICE OF CHANGE OF FIRM ADDRESS                                        2