1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiffs DAREN HEATHERLY
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAREN HEATHERLY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,**<br><br>        Plaintiffs,<br><br>v.<br><br>**TAQUERIA SEBASTOPOL; TALMADGE WOOD, trustee of the Talmadge Wood Trust; EVANGELINA CORONEL and SAMUEL CORONEL ROBLES, a married partnership dba TAQUERIA SEBASTOPOL,**<br><br>        Defendants. | **CASE NO. C-07-2656 JL**<br><br>**DISMISSAL AND [PROPOSED] ORDER THEREON** |

///
///
///
///
///
///
///

**DISMISSAL AND [PROPOSED] ORDER THEREON**

Plaintiffs stipulate to dismissal of this action in its entirety without prejudice as the defendants could not be served with the Summons and Complaint and the remedial work to make this public establishment accessible has been done.

Dated: January 15, 2009

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: _____/S/_____
Thomas E. Frankovich
Attorney for DAREN HEATHERLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS

**ORDER**

IT IS HEREBY ORDERED, that this matter is dismissed without prejudice pursuant to .

Dated: January 16, 2009

_____
HONORABLE JAMES LARSEN, CHIEF
UNITED STATES MAGISTRATE JUDGE

DISMISSAL AND [PROPOSED] ORDER THEREON -2-